UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LEE ARNOLD,

Petitioner,

v.

WARDEN CYNTHIA ROJAS,

Respondent.

Case No.  26-cv-02050-HSG

**ORDER OF TRANSFER**

Petitioner, an inmate at Correctional Training Facility in Soledad, California, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his conviction from San Luis Obispo County Superior Court.  *See generally* Dkt. No. 1.  Petitioner's conviction occurred in San Luis Obispo County, which is in the Central District of California, and he is incarcerated in Monterey County, which is in the Northern District of California.  Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), but a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction, *see* N.D. Cal. Habeas L.R. 2254-3(b); *see also Dannenberg v. Ingle*, 831 F. Supp. 767, 767-68 (N.D. Cal. 1993).  Here, Petitioner was convicted and sentenced in the Central District of California.  *See* 28 U.S.C. § 84(c)(2).  Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated:  May 29, 2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge